# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33671 |
|---|---|
| JODIE L DONALDSON | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990200**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/27/ 3 | LNV CORPORATION<br>MGC MORTGAGE INC<br>15770 N DALLAS PKWY LB62<br>DALLAS, TX  75248 | 510.39 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/10/2009

Certificate of Service                06-33671

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JODIE L DONALDSON
4001 LYNDELL DRIVE
BEAVERCREEK, OH  45432

RICHARD P ARTHUR
1634 S SMITHVILLE RD
DAYTON, OH  45410

(66.1n)
AMERICAN HOME MORTGAGE SERVICI
ATTN BANKRUPTCY DEPARTMENT
BOX 44042
JACKSONVILLE, FL  32231

(3.4)
AMERICAN HOME MORTGAGE SERVICI
ATTN CASH MANAGEMENT
4600 REGENT BLVD STE 200
IRVING, TX  75063

(60.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(64.1n)
EMERGENCY MEDICINE SPECIALISTS
% NCO FINANCIAL SYSTEMS INC
1804 WASHINGTON BLVD DEPT 500
BALTIMORE, MD  21230

(3.3)
LNV CORPORATION
%MGC MORTGAGE INC
142 NORTH ROAD SUITE G
SUDBURY, MA  01776

(3.1)
LNV CORPORATION
MGC MORTGAGE INC
15770 N DALLAS PKWY LB62
DALLAS, TX  75248

(68.1n)
REGIONS MORTGAGE
BOX 18001
HATTIESBURG, MS  39404

            Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        cs